UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE JONES, ET AL

VERSUS

U.S. EXPRESS, INC.

CIVIL ACTION

NO. 08-813-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Christine Noland dated April 16, 2009 (doc. 5), to which no opposition has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action shall be dismissed pursuant to Uniform Local Rule 43.1.

Baton Rouge, Louisiana, May 1st, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA
FOR:
JUDGE JOHN V. PARKER